Juanita Allison, Appellee, v. Chicago Transit Authority, Appellant.

Gen. No. 44,191. 

opinion filed December 30, 1948; released for publication January 18, 1949. Werner W. Schroeder, William S. Allen, Harry I. Parsons and Arthur J. Donovan, for appellant; William J. Flaherty, of counsel; A. A. Wolf and Kamin & Gleason, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

Eva H. Heuer, Appellant, v. Paul H. Davis et al., Appellees.

Gen. No. 44,283.